IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ALVIN BAILEY and
IFE BAILEY                                                                                          PLAINTIFFS

V.                                              Civil No. 5:16-5068

ADA MAYE JONES DIPPEL, et al.                                                      DEFENDANTS

**O R D E R**

On May 15, 2017, the parties entered into a settlement agreement after participating in a settlement conference conducted by the undersigned. Accordingly, it is hereby ORDERED that the case be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement, pursuant to Federal Rule of Civil Procedure 41(a)(2).

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

IT IS SO ORDERED this 16th day of May, 2017.

/s/ *Erin L. Wiedemann*
HON. ERIN L. WIEDEMANN
UNITED STATES MAGISTRATE JUDGE